UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL DEFAULT SERVICING CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ALL CLAIMANTS TO SURPLUS FUNDS AFTER TRUSTEE'S SALE OF REAL PROPERTY LOCATED AT: 1206 CANTERBURY ROAD, HILLSBOROUGH, CA 94010, et al.,<br><br>Defendants. | Case No. 19-cv-04158-DMR  (SK)<br><br>**ORDER TO SHOW CAUSE FOR FAILURE TO APPEAR**<br><br>Regarding Docket No. 44 |

On November 5, 2019, the undersigned notified the parties and counsel of record that the Court would hold a telephonic scheduling conference at 9:00 a.m. on November 15, 2019. (Dkt. No. 44.) Parties and counsel were directed to dial in for the telephone conference. (*Id*.) Claimants Discount Plumbing and Heating Incorporated and Kevin Griffith and counsel for Claimants Douglas Whitney and Dennis Moore 1206 Canterbury Road Trust failed to appear. Therefore, the Court HEREBY issues an ORDER TO SHOW CAUSE ("OSC") why monetary sanctions in the amount of $200 should not be imposed on Claimants Discount Plumbing and Heating Incorporated and counsel for Kevin Griffith and Claimants, Douglas Lee Weeks, for failure to appear for the telephone conference. Claimants and Claimants' counsel shall respond in writing to this OSC by no later than November 22, 2019 as to why such sanctions should not be imposed.

The Court HEREBY RESCHEDULES the telephone Scheduling Conference for at 9:00 a.m. on November 26, 2019. Parties and counsel shall use the following dial-in information to access the call:

Dial in: (877) 336-1831

Passcode: 1598603

Parties and counsel must be prepared to discuss and set a date for the settlement conference and must provide firm dates which they and their clients could attend. Counsel shall communicate with their clients regarding availability prior to the telephone conference.

**IT IS SO ORDERED**.

Dated: November 15, 2019



SALLIE KIM
United States Magistrate Judge