United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL DEFAULT SERVICING CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ALL CLAIMANTS TO SURPLUS FUNDS AFTER TRUSTEE'S SALE OF REAL PROPERTY LOCATED AT: 1206 CANTERBURY ROAD, HILLSBOROUGH, CA 94010, et al.,<br><br>Defendants. | Case No. 19-cv-04158-DMR (SK)<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE AS TO CLAIMANTS DOUGLAS WHITNEY AND DENNIS MOORE 1206 CANTERBURY ROAD TRUST**<br><br>Regarding Docket No. 46 |

The Court has received the response filed by Claimants Douglas Whitney and Dennis Moore 1206 Canterbury Road Trust to the Court's Order to Show Cause ("OSC"). The Court HEREBY DISCHARGES the OSC as to Claimants Douglas Whitney and Dennis Moore 1206 Canterbury Road Trust. The Court ADMONISHES counsel to read instructions from the Court regarding processes in this case.

Claimants Discount Plumbing and Heating Incorporated and Kevin Griffith have not yet filed any response to the OSC. Therefore, the OSC is still pending as to them.

**IT IS SO ORDERED**.

Dated: November 25, 2019

*Sallie Kim*

SALLIE KIM
United States Magistrate Judge