UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL DEFAULT SERVICING CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ALL CLAIMANTS TO SURPLUS FUNDS AFTER TRUSTEE'S SALE OF REAL PROPERTY LOCATED AT: 1206 CANTERBURY ROAD, HILLSBOROUGH, CA 94010, et al.,<br><br>Defendants. | Case No. 19-cv-04158-DMR<br><br>**ORDER TO SHOW CAUSE** |

On August 12, 2019, Kevin Griffin and Discount Plumbing and Heating Inc. appeared in this action and filed consents to magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c). [Docket No. 12.] Since then, they have not appeared or participated in the action, failing to appear at the October 30, 2019 initial case management conference, Judge Sallie Kim's November 15, 2019 telephonic scheduling conference, and Judge Kim's February 5, 2020 settlement conference. [Docket Nos. 43, 46, 59.] The remaining parties have reached a settlement that resolves their competing claims to the surplus funds at issue in this action and ask the court to approve the settlement agreement and direct the distribution of funds in accordance with their agreement. Neither Griffin nor Discount Plumbing and Heating Inc. is a party to the settlement agreement. [Docket No. 60.]

Accordingly, the court hereby issues an Order to Show Cause why the court should not approve the settlement agreement and distribution of surplus funds pursuant to the settlement agreement, and why the court should not dismiss Griffin and Discount Plumbing and Heating Inc. from this action for failure to prosecute. Griffin and Discount Plumbing and Heating Inc. shall

respond in writing to this Order to Show Cause by no later than February 21, 2020. Failure to respond to this Order to Show Cause will result in their dismissal from this action for failure to prosecute.

**IT IS SO ORDERED.**

Dated: February 11, 2020

_____
DONNA M. RYU
United States Magistrate Judge